ACCEPTED
14-15-00209-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/18/2015 11:07:43 AM
CHRISTOPHER PRINE
CLERK

**No. 14-15-00209-CR**

In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

9/18/2015 11:07:43 AM

CHRISTOPHER A. PRINE
Clerk

───────◆───────

**No. 1392161**
In the 184th Criminal District Court
Of Harris County, Texas

───────◆───────

ERICK EDUARDO HERNANDEZ
*Appellant*
V.
THE STATE OF TEXAS
*Appellee*

───────◆───────

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

───────◆───────

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, appellee, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 184th Criminal District Court of Harris County, Texas, in cause number 1392161, the State charged appellant by indictment with capital murder in *The State of Texas v. Erick Eduardo Hernandez*.

2. A jury found appellant guilty of the lesser-included-offense of murder and assessed appellant's punishment at confinement in the Texas Department of Criminal Justice, Correctional Institutions Division, for life.

3. The trial court sentenced appellant in accordance with the jury's verdict on February 20, 2015, and also entered an affirmative deadly weapon finding in the court's written judgment of conviction and sentence.

4. Appellant timely filed written notice of appeal on February 20, 2015.

5. Appellant filed his appellate brief with this Court on August 19, 2015.

6. The State's appellate brief is due on September 18, 2015.

7. This is the State's first request for an extension.

8. The State requests that this Court extend the timeframe for the State to file its appellate brief to October 19, 2015.

9. The facts relied upon to explain the need for this extension are:

    a. During the time in which the undersigned attorney will be researching and preparing the State's appellate brief for this case, she will also be researching and preparing the State's appellate briefs in the following cases that are also assigned to her:

i. *James Agbeze v. State of Texas*; No. 14-15-00474-CR

ii. *Geraline Gregory Lincoln v. State of Texas*; Nos. 14-14-00957-CR, 14-14-00959-CR

iii. *Joe Lee Bowden v. State of Texas*; No. 14-14-00955-CR

iv. *Anthony D. Alford v. State of Texas*; No. 14-15-00360-CR

v. *Juan Mendoza v. State of Texas*; No. 14-15-00537-CR

10. Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted, despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause.

11. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the State an extension of time, until October 19, 2015, for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ *Melissa Hervey*

**MELISSA P. HERVEY**
Assistant District Attorney
Harris County, Texas
State Bar No. 24053741

1201 Franklin Street, Suite 600
Houston, Texas  77002
Telephone (713) 755-5826
Fax (713) 755-5809
Hervey_Melissa@dao.hctx.net

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing instrument has been served upon Angela Cameron, appellant's attorney of record on appeal, on September 18, 2015, at the following e-mail address, through the electronic service system provided by eFile.TXCourts.gov:

Angela.Cameron@pdo.hctx.net

/s/ *Melissa Hervey*

**MELISSA P. HERVEY**
Assistant District Attorney
Harris County, Texas
State Bar Number:  24053741
1201 Franklin Street, Suite 600
Houston, Texas  77002
Telephone (713) 755-5826
Fax (713) 755-5809
Hervey_Melissa@dao.hctx.net